THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jasper Simpson,       
Appellant.
 
 
 

Appeal From Orangeburg County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-117
Submitted November 19, 2003  Filed February 25, 2004
Withdrawn, Substituted and Re-filed 
 April 9, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda  P. Hagler, of 
 Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Charles H. Richardson, of Columbia, and Solicitor 
 Walter M. Bailey, Jr, of Summerville, for Respondent.
 
 
 

PER CURIAM: Jasper Simpson was convicted 
 of armed robbery and of assault and battery with intent to kill. He appeals 
 his conviction, arguing that the prosecutor exercised three peremptory challenges 
 in a discriminatory manner during the jury selection process. Counsel for Simpson 
 attached to the final brief a petition to be relieved as counsel. Simpson attached 
 a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Simpsons 
 appeal and grant the counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.